UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 9:12-CV-80780-KLR

TBC CORPORATION,

    PLAINTIFF,

vs.

GECKOBYTE.COM, INC. D/B/A FITMENT
GROUP, ET AL.,

    DEFENDANTS.

_____

### MOTION BY TBC CORPORATION FOR TEMPORARY RESTRAINING ORDER/EMERGENCY PRELIMINARY INJUNCTION

Pursuant to Fed. R. Civ. P. 65, Plaintiff TBC Corporation ("TBC") respectfully moves for a Temporary Restraining Order prohibiting Defendants Geckobyte.com d/b/a Fitment Group ("Fitment") and RTM Marketing Group ("RTM") (collectively, "Defendants") from terminating TBC's access to the TBC Category Management Tool on August 1, 2012, as threatened by Defendants.

The TBC Category Management Tool is software designed by, and hosted by, Fitment for TBC that TBC uses to make inventory, sales and procurement decisions for its business locations and franchisees around the country. TBC and Fitment agree on an annual price for the tool, and the agreement between them automatically renews on an annual basis. Service under the current agreement and pricing ends on April 30, 2013. However, Fitment has unilaterally determined that it wants to be paid approximately seventy-five percent more for access to the tool and it is threatening to turn off TBC's access over the Internet to the tool on August 1, 2012, unless TBC agrees to increased pricing. If TBC is denied access to the tool as Fitment threatens, it will be irreparably injured because its business decision making and relationships with its

franchisees will be catastrophically affected. TBC has paid all amounts due under the agreements between the parties, and asks that this Court order Fitment to continue to give TBC access to the tool while this Court considers the legal issues presented by the parties.

Specifically, TBC asks that the Court issue a temporary restraining order enjoining and prohibiting Defendants and all those acting in concert with them, including their related entities and their principals, directors, officers, employees, servants, agents, attorneys, successors and assigns, and anyone in privity with Defendants who receive actual notice of said order, from terminating or interfering with the ability of TBC, TBC Private Brands, TBC Retail, Big O, Carroll Tire, and VIP to access the TBC Category Management Tool and from selling, licensing, or developing, or offering to sell, license, or develop, a category management tool to any TBC competitor pending a decision by the Court on TBC's request for a preliminary injunction.

TBC requests a hearing on this Motion, with notice to Defendants, prior to July 31, 2012. TBC also requests that the Court set an expedited briefing schedule and evidentiary hearing for the purpose of determining whether to issue a preliminary injunction pending a final determination on the merits of TBC's claims raised in its Verified Complaint.

TBC notified Defendants' counsel, Steven C. Overom, with whom TBC has been corresponding, of its intent to seek court intervention, and emailed a copy of the Verified Complaint. [See Exhibit A, Declaration of Thomas H. Shunk ¶2].

        Respectfully submitted,

        *s/ Denis L Durkin*
        Denis L. Durkin
        Florida Bar No. 237132
        Michael S. Vitale
        Florida Bar. No. 17136
        Baker & Hostetler LLP
        2300 SunTrust Center
        200 South Orange Avenue
        Orlando, FL 32801-3432
        Telephone: 407-649-4000
        Facsimile: 407-841-0168
        ddurkin@bakerlaw.com
        mvitale@bakerlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 24, 2012, I electronically filed the foregoing *Motion By TBC Corporation For Temporary Restraining Order/Emergency Preliminary Injunction* with the Clerk of the Court by using the CM/ECF system. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following counsel who, Plaintiff has been advised, is representing Defendants in this dispute:

Steven C. Overom
Maki & Overom
31 West Superior St., Ste 402
Duluth, MN 55802
soverom@makiandoverom.com

        *s/ Denis L Durkin*
        Denis L. Durkin
        Florida Bar No. 237132