UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 9:12-CV-80780

TBC CORPORATION,

    PLAINTIFF,

vs.                                      Judge Ryskamp

GECKOBYTE.COM, INC. D/B/A FITMENT
GROUP, ET AL.,

    DEFENDANTS.

## TBC CORPORATION'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1, Federal Rules of Civil Procedure, Plaintiff TBC Corporation ("TBC"), a Delaware corporation, states that TBC Corporation's stock is not traded publicly, but is jointly owned by Sumitomo Corporation of America (60%) and Summit Global Management of America, Inc. (40%). Sumitomo Corporation of America is a wholly owned subsidiary of Sumitomo Corporation. Sumitomo Corporation's stock is publicly traded in Japan.

                                                Respectfully submitted,

                                                *s/ Denis L Durkin*
                                                Denis L. Durkin
                                                Florida Bar No. 237132
                                                Michael S. Vitale
                                                Florida Bar. No. 17136
                                                Baker & Hostetler LLP
                                                2300 SunTrust Center
                                                200 South Orange Avenue
                                                Orlando, FL 32801-3432
                                                Telephone:  407-649-4000
                                                Facsimile:  407-841-0168
                                                ddurkin@bakerlaw.com
                                                mvitale@bakerlaw.com

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on July 24, 2012, I electronically filed the foregoing TBC Corporation Corporate Disclosure Statement with the Clerk of the Court by using the CM/ECF system. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following counsel who, Plaintiff has been advised, is representing Defendants in this dispute:

Steven C. Overom
Maki & Overom
31 West Superior St., Ste 402
Duluth, MN 55802
soverom@makiandoverom.com

                                          *s/ Denis L Durkin*
                                          Denis L. Durkin
                                          Florida Bar No. 237132