AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| TBC CORPORATION <br><br> *Plaintiff(s)* <br> v. <br> GECKOBYTE.COM, INC. DBA FITMENT GROUP, et al. <br><br> *Defendant(s)* | Civil Action No. 9:12-cv-80780-KLR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   RFH, formerly "RTM MARKETING GROUP"
2 Valley Avenue
Falmouth, ME 04105

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Denis L. Durkin, Esq.  (FB #237132)
Michael S. Vitale, Esq.  (FB #17136)
Baker & Hostetler LLP
2300 SunTrust Center
200 South Orange Avenue
Orlando, FL 32801-3432

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: July 25, 2012

Steven M. Larimore
Clerk of Court

s/ Alex Rodriguez
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* RFH, Formerly RTM marketing Group
was received by me on *(date)* 7-26-12 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Dylan Riddle , who is
designated by law to accept service of process on behalf of *(name of organization)* RFH, Formerly RTM
marketing group on *(date)* 7-27-12 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 7-30-12

Dana Cunningham
Server's signature

Dana Cunningham
Printed name and title

P.O Box 1693 Portland ME 04104
Server's address

Additional information regarding attempted service, etc: