Case 9:12-cv-80780-KLR   Document 13   Entered on FLSD Docket 07/25/2012   Page 1 of 2

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| TBC CORPORATION | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 9:12-cv-80780-KLR |
| GECKOBYTE.COM, INC. D3A FITMENT GROUP, et al. | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* GECKOBYTE.COM, INC. d/b/a FITMENT GROUP
207 1/2 E Superior Street
Duluth MN 55802

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Denis L. Durkin, Esq. (FB #237132)
Michael S. Vitale, Esq. (FB #17136)
Baker & Hostetler LLP
2300 SunTrust Center
200 South Orange Avenue
Orlando, FL 32801-3432

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: **July 25, 2012**

Steven M. Larimore
Clerk of Court

s/Alex Rodriguez
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __GeeKoByte.Com__
was received by me on *(date)* __7-26-2012__.

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Robert Fryberger__, who is
designated by law to accept service of process on behalf of *(name of organization)*
__GeeKoByte.Com__ on *(date)* __7-26-12__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __7-30-12__

_____
Server's signature

__Paul Shober, Abt Mgr__
Printed name and title

__PO Box 16776__

__Duluth, MN 55816__
Server's address

Additional information regarding attempted service, etc: