

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:12-cv-80780-KLR

TBC CORPORATION,

    PLAINTIFF,

vs.

GECKOBYTE.COM, INC. D/B/A
FITMENT GROUP; RTM MARKETING
GROUP,

    DEFENDANTS.

## MOTION FOR JEFFREY T. WILLIAMS TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

In accordance with Local Rules 4(b) of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Jeffrey T. Williams of the law firm of Baker & Hostetler LLP, 1900 East 9th Street, Suite 3200, Cleveland, Ohio 44114-3482, (216) 861-7682, for purposes of appearance as co-counsel on behalf of TBC Corporation in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Jeffrey T. Williams to receive electronic filings in this case, and in support thereof states as follows:

    1.    Jeffrey T. Williams is not admitted to practice in the Southern District of Florida and is a member in good standing of the Ohio Bar and Northern District of Ohio.

2. Movant, Michael S. Vitale, Esquire, of the law firm of Baker & Hostetler LLP, Sun Trust Center, Suite 2300, 200 South Orange Avenue, Orlando, Florida 32801-3432, (407) 649-4000, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida, maintains an office in this State for the practice of law, and is authorized to file through the court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures. See Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Jeffrey T. Williams has made payment of this Court's $75 admission fee. A certification in accordance with Rule 4(b) is attached hereto and incorporated herein by reference.

4. Jeffrey T. Williams, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Jeffrey T. Williams at email address: jwilliams@bakerlaw.com.

5. Defendants have not yet appeared in this case through counsel, and therefore it is no possible, pursuant to Local Rule 7.1(a)(3), to have conferred with them regarding whether they will consent to this motion.

WHEREFORE, Michael S. Vitale, moves this Court to enter an Order admitting Jeffrey T. Williams, to appear before this Court on behalf of TBC Corporation, for all

purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Jeffrey T. Williams.

Respectfully submitted this 1st day of August, 2012.

*/s/ Michael S. Vitale*
Michael S. Vitale, Esq. (Florida # 17136)
BAKER & HOSTETLER LLP
Sun Trust Center, Suite 2300
200 South Orange Avenue
Orlando, Florida 32801-3432
Telephone: 407-649-4000
Facsimile: 407-841-0168
mvitale@bakerlaw.com

Of Counsel:

Thomas H. Shunk (Ohio # 0025793)
Deborah A. Wilcox (Ohio # 0038770)
Christina J. Moser (Ohio #0079311)
Baker & Hostetler LLP
3200 PNC Center
1900 East 9th Street
Cleveland, OH 44114-3485
Telephone: 216-621-0200
Facsimile: 216-696-0740
tshunk@bakerlaw.com
dwilcox@bakerlaw.com
cmoser@bakerlaw.com

Counsel for Plaintiff, TBC Corporation

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing was served this 1st day of August in the conventional manner as prescribed by this Court's Administrative Procedures. Counsel for Defendants have not yet appeared in this matter.

*/s/ Michael S. Vitale*
Michael S. Vitale

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:12-cv-80780-KLR

TBC CORPORATION,

      PLAINTIFF,

vs.

GECKOBYTE.COM, INC. D/B/A
FITMENT GROUP; RTM MARKETING
GROUP,

      DEFENDANTS.

_____

### ORDER GRANTING MOTION TO APPEAR
### *PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO
### ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

THIS CAUSE having come before the Court on the Motion to Appear Pro Hac Vice for Jeffrey T. Williams, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures, and this Court having considered the motion and all other relevant factors, it is hereby ORDERED AND ADJUDGED that:

The Motion is **GRANTED**. Jeffrey T. Williams, is hereby admitted *pro hac vice* and may appear and participate in this action on behalf of TBC Corporation. The Clerk shall provide electronic notification of all electronic filings to Jeffrey T. Williams, at jwilliams@bakerlaw.com.

1

2

DONE and ORDERED in Chambers in _____, Florida this _____ day of August, 2012.

_____
United States District Judge

Copies Furnished to:

All Counsel of Record

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

TBC CORPORATION,

    PLAINTIFF,

vs.

GECKOBYTE.COM, INC. D/B/A FITMENT GROUP; RTM MARKETING GROUP,

    DEFENDANTS.

## CERTIFICATION OF JEFFREY T. WILLIAMS IN SUPPORT OF MOTION TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

I, Jeffrey T. Williams, pursuant to Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys, hereby certify that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) I am a member in good standing of the Ohio Bar and the United States District Court for the Northern District of Ohio.

Respectfully submitted this 27th day of July, 2012.

Jeffrey T. Williams
BAKER & HOSTETLER LLP
1900 East Ninth Street, Suite 3200
Cleveland, Ohio 44114
Telephone: (216) 861-7682
Fax: (216) 696-0740
jwilliams@bakerlaw.com

1