UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
CASE NO. 9:12-CV-80780-RYSKAMP/HOPKINS

TBC CORPORATION,

    Plaintiff,

vs.

GECKOBYTE.COM, INC. d/b/a
FITMENT GROUP; RFH, formerly
"RTM MARKETING GROUP,"

    Defendants.
_____/

**DEFENDANT GECKOBYTE.COM, INC.'S OPPOSITION TO TBC CORPORATION'S EMERGENCY MOTION FOR LEAVE TO TAKE DEPOSITION OF JEFFREY RIDDLE AND INCORPORATED MEMORANDUM OF LAW**

Defendant Geckobyte.com, Inc. ("Geckobyte.com"), through undersigned counsel, opposes Plaintiff TBC's Emergency Motion for Leave to Take Deposition of Jeffrey Riddle by adopting the arguments in its Motion to Stay Proceedings Pending Ruling on Defendant's Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue [DE 31] and supporting affidavits [DE 31-1, 31-2]. For those reasons, by themselves, Plaintiff's motion should be denied.

Additionally, Plaintiff has asked this Court to grant it extraordinary relief, on Plaintiff's schedule and at its particular convenience, no one else's, and wants the relief it seeks right away, on an "emergency" basis. In its rush, it never first stated to the Court or to the party, or parties, it sues that it wished to pursue discovery before its hearing. Now that it has yelled "Emergency" and has a hearing date established, it selfishly demands to shoe-horn immediately a deposition of Geckobyte.com's Chief Operating Officer and make undersigned counsel travel more than 1,500

miles away, when the local rules generally require at least 14 days notice before such a notion may be entertained. See S.D. Fla. L.R. 26.1(j). Plaintiff is a big company and makes big demands. It has shot its volley heard from West Palm Beach, Florida to Duluth, Minnesota to Yarmouth, Maine. It should already have its proofs. The request for deposition should be denied.

Further, Jeffrey Riddle is the Chief Operating Officer of Geckobyte.com. Counsel, John F. Mariani, who would attend and defend on behalf of Geckobyte.com is unavailable for a deposition on the date requested by Plaintiff. On August 9 and 10, he will fly to meet with and prepare witnesses who are not in Florida, for a trial commencing August 27, 2012. Those meetings have been arranged previously. It would be very onerous on counsel and his preparation for that trial if those meetings did not occur on those pre-arranged dates. Geckobyte.com therefore respectfully requests that Plaintiff's Motion for Leave to depose Jeffrey Riddle be denied and that all proceedings and discovery be stayed pending a ruling on Geckobyte.com's Motion to Dismiss.

Respectfully submitted,

SHUTTS & BOWEN, LLP
1100 City Place Tower
525 Okeechobee Boulevard
West Palm Beach, Florida 33401
Tel: 561-650-8528
Fax: 561-650-8530

/s/ John F. Mariani
John F. Mariani, Esq.
Florida Bar No.: 263524
jmariani@shutts.com
Stephen B. Gillman, Esq.
Florida Bar No.: 196734
sgillman@shutts.com
Zachary L. Weaver, Esq.

-3-

Florida Bar No.: 0071101<br>
zweaver@shutts.com

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on August 6, 2012, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record and pro se parties as identified below in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                               /s/ John F. Mariani<br>
                                               Of counsel

Dennis L. Durkin<br>
Michael S. Vitale<br>
Baker & Hostetler LLP<br>
2300 SunTrust Center<br>
200 South Orange Avenue<br>
Orlando, FL 32801-3432<br>
Telephone: 407-649-4000<br>
Facsimile: 407-841-0168<br>
ddurkin@bakerlaw.com<br>
mvitale@bakerlaw.com

WPBDOCS 8151671 2