**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 12-80780-CIV-RYSKAMP/HOPKINS

TBC CORPORATION,

      Plaintiff,

v.

GECKOBYTE.COM, INC., d/b/a
Fitment Group, and RFH, f/k/a
RTM MARKETING GROUP,

      Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court pursuant to the report and recommendation of

United States Magistrate Judge James M. Hopkins, dated July 27, 2012 **[DE 19]**.  No objections

to the report and recommendation have been filed.  The Court has reviewed the report and

recommendation and has conducted a de novo review of the underlying record.  It is hereby

ORDERED AND ADJUDGED that the report and recommendation is ADOPTED,

AFFIRMED and APPROVED.  The motion for temporary restraining order, **[DE 7]**, is DENIED.

**[DE 7]** shall remain pending, however, as to the motion for preliminary injunction.

DONE AND ORDERED at Chambers in West Palm Beach, Florida, this 11th day of

September, 2012.

                                      S/Kenneth L. Ryskamp
                                      KENNETH L. RYSKAMP
                                      UNITED STATES DISTRICT JUDGE