## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION

CASE NO. 9:12-CV-80780-KLR

TBC CORPORATION,

    PLAINTIFF,

vs.

GECKOBYTE.COM, INC. D/B/A FITMENT GROUP, ET AL.,

    DEFENDANTS.

_____

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED.R.CIV.P. 41(a)(1)(A)(i)

Plaintiff, TBC Corporation ("TBC"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby gives notice of dismissal without prejudice of the pending action.

Respectfully submitted,

s/ *Denis L Durkin*
Denis L. Durkin
Florida Bar No. 237132
Michael S. Vitale
Florida Bar. No. 17136
**BAKER & HOSTETLER LLP**
P.O. Box 112
Orlando, FL 32802-0112
Telephone:  407-649-4000
Facsimile:  407-841-0168
ddurkin@bakerlaw.com
mvitale@bakerlaw.com

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 24, 2012, I electronically filed the foregoing *TBC Corporation's Notice of Voluntary Dismissal* with the Clerk of the Court by using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record identified below via transmission of Notices of Electronic Filing generated by CM/ECF.

John F. Mariani
Shutts & Bowen, LLP
jmariani@shutts.com
Counsel for Geckobyte.com, Inc.

Thomas H. Shunk
tshunk@bakerlaw.com
*Pro Hac Vice* counsel for Plaintiff

Jeffrey T. Williams
jwilliams@bakerlaw.com
*Pro Hac Vice* counsel for Plaintiff

                                              s/ *Denis L Durkin*
                                              Denis L. Durkin
                                              FBN 237132