UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-80780-CIV-RYSKAMP/HOPKINS

TBC CORPORATION,

    Plaintiff,

v.

GECKOBYTE.COM, INC. d/b/a
FITMENT GROUP, ET AL.,

    Defendants.
_____/

## ORDER CLOSING CASE

THIS CAUSE comes before the Court pursuant to the September 24, 2012 **[DE 55]** Rule 41 notice of voluntary dismissal without prejudice. It is hereby

ORDERED AND ADJUDGED that the above-styled case is DISMISSED WITHOUT PREJUDICE. The Clerk of Court shall CLOSE this case and DENY any pending motions as MOOT.

DONE AND ORDERED at Chambers in West Palm Beach, Florida, this 2d day of October, 2012.

                                            S/Kenneth L. Ryskamp
                                            KENNETH L. RYSKAMP
                                            UNITED STATES DISTRICT JUDGE